FRED W. GREEN and All Other Stockholders of THOMAS & DINNEEN, INC., etc., Who May Come in, etc., Respondents, v. JOHN B. THOMAS and Others, Individually and as Trustees, etc., Defendants. CHAUNCEY J. WILLIAMS, Appel-

lant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.